[No. 76035-1-I.   Division One.   January 23, 2017.]

IBEW HEALTH AND WELFARE TRUST OF SOUTHWEST WASHINGTON, *Respondent*, v. DONALD RUTHERFORD ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-2-11649-4, Katherine M. Stolz, J., entered January 22, 2016. *Affirmed in part* and *reversed in part* by unpublished opinion per Spearman, J., concurred in by Verellen, C.J., and Mann, J.

[No. 76036-0-I.   Division One.   January 23, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. TWINN NIGEL CALDWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-1-01075-3, Kitty-Ann van Doorninck, J., entered October 28, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Trickey, A.C.J., and Cox, J.

[No. 76037-8-I.   Division One.   January 23, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. LINDA KAY HARPER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 15-1-00836-0, James J. Dixon, J., entered December 29, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Trickey, A.C.J., and Cox, J.

[No. 76038-6-I.   Division One.   January 23, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. HOLLIS BLOCKMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-04093-0, Stanley J. Rumbaugh, J., entered October 9, 2015. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer and Spearman, JJ. Now published at 198 Wn. App. 34.